UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ALEJANDRO JEREZ, on behalf of himself
and all others similarly-situated,

                    Plaintiff,

              -against-

THE GREY DOG, INC., DAVID ETHAN, individually,
and PETER STEIN, individually,

                    Defendants.
------------------------------------------------------------X

Case No.: 22-CV-02662 (ER)

**STIPULATION, ORDER & JUDGMENT OF DISMISSAL PURSUANT TO FRCP 41(a)(2)**

Pursuant to FRCP Rule 41(a)(2), the parties stipulate and agree though their undersigned counsel that, upon the Court's order, all claims asserted in the above-captioned action against Defendants shall be dismissed **with prejudice**.

The parties further stipulate and agree that no attorney's fees or costs will be awarded/provided to any party, each party agrees to pay their respective fees and costs associated with this case, and that that facsimile or electronic signatures to this stipulation may be treated as original signatures.

After due deliberation, the Court HEREBY ORDERS, DECREES, AND ADJUDGES that all of the claims asserted against Defendants in the above-captioned action, shall be, and are hereby dismissed in their entirety, **with prejudice.**

Dated: Syosset, New York
       July 21, 2022

*[signature]*
FRANK J. TANTONE, ESQ.

BELL LAW GROUP, PLLC
*Attorneys for Plaintiff*
116 Jackson Avenue
Syosset, NY 11791
516-280-3008

Dated: Mount Kisco, New York
       July 21, 2022

*[signature]*
Marc O. Sheridan, Esq.
MARKUS & SHERIDAN, LLP
*Attorneys for Defendants*
118 North Bedford Road, Suite 305
Mount Kisco, New York 10549
914-241-6300

**SO ORDERED:** *[signature]*
Hon. Edgardo Ramos
USDCJ SDNY

Dated August 31, 2022